IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LORI LAWSON,
**Natural Parent on behalf of**
K.L.,1 a minor,

        **Plaintiff,**                       Civil Action 2:19-cv-2584
                                                   JUDGE EDMUND A. SARGUS, JR.
v.                                                      Chief Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

## OPINION AND ORDER

Lori Lawson, natural parent on behalf of K.L., a minor, filed an objection to the Report and Recommendation of the Magistrate Jude recommending that the decision of the Commissioner of Social Security denying disability benefits be affirmed.  For the reasons that follow, the Report and Recommendation is **ADOPTED** by this Court and the decision of the Commissioner is **AFFIRMED**.

**I.**

On July 30, 2020, the Magistrate Judge issued a thorough, detailed and sound Report and Recommendation to which the plaintiff has made a timely objection.  The record indicates without a doubt that K.L., age ten, suffers from a number of impairments which impede her educational and social development.  The extent and severity of such impairments are thoroughly and accurately examined in the Report and Recommendation.

The determination of whether a child is disabled, as the term is used in the Social Security Act, is vested in the Commissioner, after a hearing before the Administrative Law

Judge, 42 U.S.C. § 405(g). This Court reviews objections to ensure that the decision rendered is supported by substantial evidence and is in accord with the law. *Rogers v. Comm'r of Soc. Sec.*, 486 F.3d 234, 241 (6th Cir. 2007).

The objections raised to the Report and Recommendation take issue with the evaluation of the evidence made by the Administrative Law Judge and reviewed by the Magistrate Judge. All of the arguments raised have been addressed in the Report and Recommendation. Because the undersigned, after careful review, agrees with the Magistrate Judge's decision, there is no jurisprudential value in further analysis. Instead the Court adopts the Report and Recommendation.

## II.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**. The decision of the Commissioner denying benefits to Lori Lawson on behalf of K.L. is **AFFIRMED**. This case is dismissed.

9-28-2020
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**